# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KYLE FRENCH,<br><br>　　　　　　　　Defendant. | NO. MJ13-536<br><br>DETENTION ORDER |

<u>Offense charged</u>:

　　Count 1:　　Conspiracy to Distribute a Controlled Substance

　　Count 2:　　Distribution of a Controlled Substance

<u>Date of Detention Hearing</u>: November 7, 2013.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.　　Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

2.　　Defendant has a substantial history of failures to appear.

3. Defendant has on-going substance abuse issues.

4. Defendant has no current verifiable address.

5. This ruling is without prejudice to defendant to ask for further review when he makes his initial appearance in the Eastern District of Washington.

6. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community, pending his initial appearance in the Eastern District of Washington.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the Eastern District of Washington and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//
//

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of November, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge